## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

CORPUZ, NINA -VS- BRIDGESTONE-FIRESTONE INC                                      IP06-C-5833 -B/S

| FILED | CLOSED | NATR SUIT | JURY? | DEMAND ($1000) | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 12/11/2006 | N/A | 355 | Y | 0 | BARKER | STINSON |

**CAUSE:** TORTS-PERSONAL INJURY; Motor Vehicle Product Liability

CORPUZ, NINA
plaintiff

**MICHAEL S BROWN**
CALIFORNIA LAWYERS GROUP
16601 VENTURA BLVD SUITE 204
ENCINO, CA 91316
(818)981-3712

MASTER DOCKET 00-9374
plaintiff
SD/CA 3:06-1965
plaintiff
**V.**
BRIDGESTONE-FIRESTONE INC
defendant

**MARK MERKLE**
KRIEG DEVAULT LLP
ONE INDIANA SQUARE SUITE 2800
INDIANAPOLIS, IN 46204
(317)636-4341

**MARY P LIGHTFOOT**
LARSON GARRICK & LIGHTFOOT LLP
633 WEST FIFTH STREET SUITE 1750
LOS ANGELES, CA 90071
(213)404-4100

BRIDGESTONE CORPORATION
defendant

**THOMAS G STAYTON**
BAKER & DANIELS
300 NORTH MERIDIAN STREET SUITE 2700
INDIANAPOLIS, IN 46204
(317)237-0300

FORD MOTOR COMPANY
defendant

**RANDALL RIGGS**
LOCKE REYNOLDS LLP
201 N ILLINOIS ST SUITE 1000
PO BOX 44961
INDIANAPOLIS, IN 46244
(317)237-3800

**MERYL C MANEKER**
WILSON PETTY KOSMO AND TURNER
550 W C STREET SUITE 1050

SAN DIEGO, CA 92101

(619)236-9600

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/11/2006 | 1 | ORDER -Recv'd Certified Order from the Judicial Panel on MDL re: MDL-1373 Order Lifting Stay of Conditional Transfer Order transferring action from the SD/CA to the SD/IN Indpls Division (3643) eod 12/13/06 [CBU] |
| 12/13/2006 | 2 | LETTER requesting the record be sent to the SD/IN eod 12/14/06 [CBU] |
| 01/03/2007 | 3 | RECEIPT of the original record from the Southern District of California (3673) eod 01/04/07 [CBU] |
| 01/08/2007 | 4 | DEMAND FOR JURY TRIAL c/s PLTF (3679) eod 01/09/07 [CBU] |
| 01/22/2007 | 5 | Motion to substitute counsel c/s DEFT-Firestone (3705) eod 01/23/07 [CBU] |
| 01/23/2007 | 6 | ORDER grants the substitution of counsel for Firestone cm VSS (3708) eod 01/24/07 [CBU] |
| 01/29/2007 | 0 | REASSIGNED from Mag SHIELDS to Mag STINSON eod 01/29/07 [CBU] |
| 02/05/2007 | 7 | MOTION FOR TIME TO extend Deadlines (Agreed) (3727) c/s - JOINT Parties eod 02/07/07 [MAC] |
| 02/08/2007 | 8 | ORDER GRANTS Agreed Motion For Time To Extend Deadlines - see order - (3728) JMS c/m mri eod 02/09/07 [MRI] |
| 10/09/2007 | 9 | MOTION FOR TIME TO extend deadlines (agreed) c/s DEFT-Firestone (3863) eod 10/10/07 [CBU] |
| 10/23/2007 | 10 | ORDER approves amended case deadlines cm JMS (3867) eod 10/23/07 [CBU] |
| 12/18/2007 | 11 | MOTION FOR TIME TO extend deadlines (agreed-tendered) c/s DEFT-Firestone (3886) eod 12/20/07 [CBU] |
| 12/21/2007 | 12 | ORDER -amended re case deadlines cm SEB (3889) eod 12/21/07 [CBU] |
| 02/19/2008 | 13 | Motion to compel production of tire, vehicle and related components and for sanctions c/s DEFT-Firestone (3908) eod 02/20/08 [CBU] |
| 02/19/2008 | 14 | BRIEF in support of motion to compel and for sanctions c/s DEFT-Firestone (3909) eod 02/20/08 [CBU] |
| 03/11/2008 | 15 | Response to motion to compel (notice of opposition) c/s PLTF (3916) eod 03/13/08 [CBU] |
| 03/11/2008 | 16 | Brief in support of Response to motion to compel c/s PLTF (3917) eod 03/13/08 [CBU] |
| 03/19/2008 | 17 | MOTION FOR TIME TO respond to pltfs opposition to motion to compel production of tire, vehicle and related components and for sanctions c/s DEFT-Firestone (3920) eod 03/20/08 [CBU] |

| Date | # | Description |
|---|---|---|
| 03/20/2008 | 18 | ORDER grants deft-Firestone to and including 3/30/08 to file their reply brief in support of its motion to compel cm SEB (3922) eod 03/24/08 [CBU] |
| 03/31/2008 | 19 | Reply to pltfs opposition to motion to compel production of subject tire and request for monetary sanctions c/s DEFT-Firestone (3932) eod 03/31/08 [CBU] |
| 04/21/2008 | 20 | ORDER grants motion to compel in part (S.O.) cm JMS (3941) eod 04/21/08 [CBU] |
| 05/15/2008 | 21 | Motion for clarification of order c/s DEFT-Firestone (3967) eod 05/19/08 [CBU] |
| 05/20/2008 | 22 | JOINDER in Firestones request for clarification of order c/s DEFT-Ford (3971) eod 05/21/08 [CBU] |
| 05/20/2008 | 23 | DECLARATION of Robert Shields in support of joinder in Firestones request for clarification of order c/s DEFT-Ford (3972) eod 05/21/08 [CBU] |
| 06/05/2008 | 24 | ENTRY DENIES as MOOT Firestone North American Tire, LLC's Request to shorten briefing schedule (3984) (Marginal notation). cm JMS eod 06/06/08 [MAC] |
| 06/05/2008 | 25 | ORDER on Firestone North American Tire, LLC's Request for Clarification of Order (See order for deadlines). (3985) cm JMS eod 06/06/08 [MAC] |
| 06/09/2008 | 26 | MOTION TO COMPEL production of subject vehicle, request for monetary sanctions and request for relief from expert disclosure deadlines c/s DEFT-Firestone (3986) eod 06/10/08 [CBU] |
| 06/11/2008 | 27 | ENTRY on Joinder in Request For Clarification of Order - On June 5, 2008, the magistrate judge granted Deft Bridgestone Firestone's Request for Clarification of Order. As Deft Ford Motor Co had also joined in that motion by its filing of May 20, 2008, the magistrate judge's order granting the Request for Clarification of Order (which by its terms set deadlines for all defts) is also specifically GRANTED with respect to FMC. All deadlines enumerated in the order, therefore, are applicable to all Defendants. (3990) JMS c/m mri eod 06/11/08 [MRI] |
| 06/13/2008 | 28 | ENTRY REGARDING MOTION TO COMPEL - Defts BSFS filed a Motion to Compel Production of Subject Vehicle, Request for Monetary Sanctions and Request for Relief from Expert Disclosre Deadlines on 06/09/08. Firestone asks the Court to order Pltf to permit FS to inspect the subject vehicle on 06/20/08. Because that date is fast approaching, and expedited briefing schedule is necessary. Therefore, pltf shall file her resp to the motion no later than noon, Indianapolis time, Tuesday 06/17/08. Firestone shall file its reply no later than noon, Wed, 06/18/08. Firestone should address in its reply whether the current request for a 60 day ext of the expert deadlines is moot given the Court's recent ruling on it Request For Clarification. (3992) JMS c/m and faxed mri eod 06/13/08 [MRI] |
| 06/17/2008 | 29 | NOTICE OF OPPOSITION TO MOTION TO COMPEL - PLTFS c/s (3993) eod 06/17/08 [MRI] |
| 06/18/2008 | 30 | REPLY to pltf's Opposition to Motion to Compel Production of subject vehicle, Request for Monetary Sanctions and Request for Relief from Expert Disclosure Deadlines c/s - DEFT Firestone (3994) eod 06/18/08 [MAC] |
| 06/19/2008 | 31 | ORDER GRANTING Deft Bridgestone Firestone North American Tire LLC's Motion to Compel Production of Subject Vehicle, Request for Monetary Sanctions and Request for Relief From Expert Disclosure Deadlines (SEE ORDER). JMS c/m and faxed mri (3995) eod 06/19/08 [MRI] |
| 12/12/2008 | 32 | ORDER TRANSFERRING CASE TO CM/ECF, directing compliance with local e-filing rules and procedures, and discharging liaison counsel for responsibility of serving case filing and court order in CM/ECF cases cm SEB (4162) eod 12/12/08 [CBU] |

**USDC Southern Indiana -JAMS data-**

[Go to Top](#)