*U.S. District Court*
*for the*
*Southern District of Indiana*

# BRIDGESTONE/FIRESTONE MULTI-DISTRICT LITIGATION ELECTRONIC FILING INSTRUCTIONS

Attorney Name: _____

ECF login: _____
Password: _____

BEFORE Filing a Document Electronically:

Check document(s) for the following:

- Does the document caption contain the correct party names, judge, and complete cause number(s)?
- Is the document formatted correctly, does it have a descriptive title and is each page numbered consecutively?
- Does a handwritten signature or "s/<attorney name>" appear on the attorney's signature line?
- Have all personal identifiers been redacted from each document in compliance with Federal Rule 5.2?
- Does a certificate of service w/ service list appear at the end of the document?
- Has each component of the filing (i.e. motion, order, exhibit) been converted into a separate PDF file?
- Is each PDF file legible and less than the 5MB file size limit?

For more information about electronic filing, the following ECF resources are available online at www.insd.uscourts.gov

- ECF Policies and Procedures Manual
- ECF Local Rules
- Frequently Asked Questions
- CM/ECF Training Materials
- E-filing Event List
- PDF Information

For e-filing assistance during regular business hours, please contact the Clerk's Office at **(317) 229-3700** or mailto:insdhelpdesk@insd.uscourts.gov

## To FILE a Document Electronically in CM/ECF:

- ➢ Go to the Court's website at www.insd.uscourts.gov

- ➢ Click on 

### STEP 1

At the **Authentication** screen, enter the filing attorney's (the attorney who signed the document) **ECF** login and password, then click **Login**. It is not necessary to enter a client code when accessing CM/ECF for the purpose of electronic filing.

### STEP 2

Click on **Search**



### STEP 3

In the **Search Menus and Events** window, enter a keyword or phrase for the document to be filed. For example, when filing a *Motion for Extension of Time*, a search on the word "extension" produces the results below. To begin filing the motion, click on the **Extension of Time** hyperlink under the **Civil Events > Motions** heading. NOTE: If the search feature produces no results, click the **Civil** option on the blue menu bar to scroll through the filing categories and select an event.



E-filing Instructions     2

NOTE: The remaining screens may appear in a different order, depending on the type of document that you are filing.  There may also be additional screens that are not mentioned in these instructions.  If so, please read and follow the instructions on each filing screen before proceeding to the next screen.

STEP 4

Enter the **Case Number** for the Bridgestone/Firestone Master Docket (00-9374), then click the **Find This Case** button.  Click **Next** to continue.



STEP 5

When prompted to spread the docket entry, verify that the "Yes" option has been selected, then click **Next** to continue.  The "spread" feature allows attorney filers to submit a filing and all of the attached documents in the MDL master case AND one or more MDL member cases simultaneously.  To prevent a filing from spreading to MDL member cases, select the "No" option before clicking **Next**.



NOTE:  The "spread" feature is only available when filing documents in the Bridgestone/Firestone master case (00-9374).

STEP 6

If the spread feature was selected on the previous screen, the filer must indicate to which member case(s) the filing should be spread.  To select more than one case, hold down the **Control** key (Ctrl) while using the mouse to click on each individual case number.  <u>BEFORE</u> clicking **Next**, verify that the correct case numbers were selected.  DO NOT submit a filing in all of the cases unless the document you are filing pertains to all Bridgestone/Firestone MDL cases.



E-filing Instructions 3

STEP 7

To **Select the Filer**, click on the name of the party on behalf of whom the filing is being submitted.  When a party's name appears multiple times on the list, select only the name that is listed with the MDL master case number (00-9374).  To select more than one party, hold down the **Control** key (Ctrl) while using the mouse to click on the name of each filing party.  When finished, click **Next**.



STEP 8

To **Select the PDF document**, click on the **Browse** button and locate the appropriate PDF file using the **Choose File** window.  <u>Right</u> click on the document filename then select **Open** to review the PDF file <u>BEFORE</u> selecting it as the document to be filed.

After reviewing the PDF file, click on the ☒ in the upper right hand corner of the document window to close the file.  Then click on the **Open** button in the **Choose File** window to submit the selected PDF file as the main document.  The PDF filename will appear in the **Filename** window.

To submit attachments to the main document (i.e. proposed order, exhibit, affidavit, proposed amended complaint, etc.) click on the **Yes** radio button, then click **Next** and proceed to Step 9.  If there are no attachments, click on the **No** radio button, then click **Next** and skip Step 9.



## STEP 9

When submitting attachments, repeat the 3 steps below for each attachment. Please note that a proposed order for a motion must be filed as an attachment. A brief in support of a motion is NOT an attachment and must be submitted as a separate filing using the **Brief in Support of Motion** event.

      1 - click on the **Browse** button to locate and select the appropriate PDF document

      2 - describe the attachment by using the **Type** pull-down menu, the **Description** text box, or a combination of both

      3 - click the **Add to List** button



When the filenames for all supporting attachments appear in the window at the bottom of the screen, click **Next**.

## STEP 10

On the **Docket Text: Modify As Appropriate** screen, use the pull-down menu, and/or the text box (if provided) to further describe the filing, if necessary. For example, when filing a **Motion for Extension of Time**, please indicate the deadline for which an extension is being requested (i.e. **Motion for Extension of Time** *to Comply with Discovery Order*). Please DO NOT retype the entire title of the document in the text window. When finished, click **Next**.



E-filing Instructions                                                           5

## STEP 11

In the **Docket Text: Final Text** screen, review the document description and the list of attached pdf files for accuracy, then click **Next** to transmit the filing to the Court and all ECF-registered counsel of record for the case.



## STEP 12

After the transaction has been received by the court, a **Notice of Electronic Filing** will appear on the screen to indicate that the filing was successfully transmitted. Carefully review the information on the **Notice of Electronic Filing**, which is the receipt for the transaction, then print a copy of the receipt for your records.

Scroll to the bottom of the receipt page to determine if any of the attorneys involved in the case must be served manually with a paper copy of the document. Attorneys listed in the section titled **Notice will be electronically mailed to:** will be served via email by the Court's CM/ECF system.  Attorneys/parties listed in the section titled **Notice will be delivered by other means to:** must be served via U.S. Mail with a paper copy of the filing.

## STEP 13

To submit additional documents, repeat steps 2-12 for each additional filing.

## OR

To end the electronic filing session, click on **Logout** and close the Internet browser.