UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: BRIDGESTONE/FIRESTONE, INC. | ) | Master File No.  IP 07-5836-C-B/S |
| TIRES PRODUCTS LIABILITY | ) | MDL No.  1373 |
| LITIGATION | ) | (centralized before Hon. Sarah |
| _____ | ) | Evans Barker, Judge) |
| MARTIN EDGAR, ET AL | ) | |
| | ) | |
| VERSUS | ) | |
| | ) | |
| BRIDGESTONE/FIRESTONE  INC., ET AL | ) | |

## MOTION FOR LEAVE OF COURT TO FILE
## FIRST SUPPLEMENTAL AMENDED PETITION

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Martin Edgar et

al., who respectfully request that this honorable court grant leave to file the attached First

Supplemental Amended Petition naming Chapman Motors, Inc. as a Defendant in the above

referenced matter for the following reasons to wit:

1.

Plaintiff Nicole Jordan was a New Orleans resident at the time of Hurricane Katrina in

August of 2005.

2.

Ms. Jordan evacuated New Orleans due to Hurricane Katrina to Dallas, Texas.

1

3.

However, Ms. Jordan did not have any connections to Dallas, Texas, and had never been there before.  The only reason she was there was to seek refuge from Hurricane Katrina.

4.

While in Dallas, Texas, Ms. Jordan purchased the automobile which was equipped with the defective tires giving rise to this lawsuit.

5.

Ms. Jordan, under the stress and pressure of evacuating from her home, as well as having her city fall victim to the worst natural disaster in recent history, and being totally unfamiliar with the city of Dallas, Texas, has, until this point been unable to recall from whom she purchased the automobile.

6.

Ms. Jordan has now recalled that she purchased the automobile from Chapman Motors, Inc., located at 4312 Ross Ave., Dallas, Texas 75204.

7.

Undersigned counsel represents to this court that this motion is proffered for no improper purpose, such as to harass, delay or increase the costs of this litigation.

8.

It is axiomatic that this court has wide discretion to grant such motion in the interests of justice.

**WHEREFORE,** Plaintiffs respectfully request that this court grant its motion for leave to file Plaintiff's First Supplemental Ammended Petition.

Respectfully Submitted,

PIUS A. OBIOHA & ASSOCIATES, LLC
     s/Pius A. Obioha
_____
PIUS A. OBIOHA, BAR# 25810
1550 North Broad Street
New Orleans, Louisiana 70119
Telephone: (504) 265-0437
Facsimile:   (504) 265-0440
Attorney for Plaintiffs, Martin Edgar, et al.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel

of record via the Court's electronic filing system on this 10th day of July, 2009.

/s/ Pius A. Obioha
Pius A. Obioha