UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: BRIGESTONE FIRESTONE INC. TIRES PRODUCTS LIABILITY LITIGATION | Master File No: IP 00-9374-C-B/MS<br>MDL No. 1373 |
| KIMBERLY CREEL,<br>Plaintiff,<br>vs.<br>BRIDGESTONE-FIRESTONE, INC. et al<br>Defendants. | Case No: 1:07-cv-5838-SEB-JMS |

## JUDGMENT

Having granted Defendants' summary judgment motions in a concurrent ruling, the Court now enters **JUDGMENT** in favor of Defendants and against the Plaintiff.

Each side shall bear its own costs.

    IT IS SO ORDERED.

Date: 07/08/2009

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

George Arbour
ARBOUR & AYCOCK
P.O. Box 155
West Monroe, LA 71294

Quincy T. Crochet
MCCRANIE SISTRUNK ANZELMO HARDY MAXWELL & MCDANIEL
qtc@mcsalaw.com

William J. Hamlin
HAMLIN, GRIFFIN & KOHNKE, LLC
wjhamlin@hg-e.com

Keith W. McDaniel
MCCRANIE SISTRUNK ANZELMO HARDY MAXWELL & MCDANIEL
kwm@mcsalaw.com

Mark J. R. Merkle
KRIEG DEVAULT LLP
mmerkle@kdlegal.com

Jeffrey J. Mortier
FROST BROWN TODD LLC
jmortier@fbtlaw.com

Stephen W. Mullins
LUCKEY & MULLINS, PLLC
jackfish28@aol.com

Stacy R. Palowsky
HAMLIN, GRIFFIN & KOHNKE, LLC
spalowsky@hg-e.com

Randall R. Riggs
FROST BROWN TODD LLC
rriggs@fbtlaw.com

Lance B. Williams
MCCRANIE SISTRUNK ANZELMO HARDY MAXWELL & MCDANIEL
lbw@mcsalaw.com