UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE BRIDGESTONE/FIRESTONE, INC<br>TIRES PRODUCT LIABILITY LITIGATION | Master File No. IP-9373-C-B/S<br>MDL No. 1373 |

THIS DOCUMENT APPLIES TO:

| | |
|---|---|
| LIZABETH SALAZAR CANTU and<br>JUAN E. SOTO,<br><br>      Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE CORPORATION<br>and BRIDGESTONE/FIRESTONE INC.,<br><br>      Defendants. | 1:02-cv-5635 SEB-JMS |

### ORDER DENYING PLAINTIFFS' MOTION FOR NEW TRIAL
(CM-ECF Docket No. 16)

On January 30, 2009, in accordance with the Seventh Circuit's Mandate, we issued our Order on Remand concluding that:

(1) the parties' stipulation of dismissal and proposed order filed with this Court on December 28, 2005, did, indeed, contain "scrivener's errors" and, contrary to what the parties had written in those documents, the parties had not intended to voluntarily dismiss Plaintiffs Cantu and Soto from this action; and

(2) even if Plaintiffs Cantu and Soto had not been voluntarily dismissed from this action, their claims against Bridgestone had to be dismissed on the grounds of *forum non conveniens* because the facts and legal analysis set forth in the Court's February 27, 2004, ruling on the issue of *forum non conveniens* as to Ford and Firestone applied in like manner to their claims against Bridgestone.

A corresponding judgment was entered on the Court's docket on February 2, 2009.

Displeased with our decision, Plaintiffs Cantu and Soto filed a "Motion for New Trial," which they also characterize as a "Rule 60 Motion for Relief from Judgment." [CM-ECF Docket No. 16.] They argue that we should not have relied on our February 27, 2004, ruling in dismissing their claims because we issued a *subsequent ruling* on July 16, 2007, in series of *other cases* involving accidents that occurred in Mexico and found that Mexico was *not* an available alternate forum for the litigants in those *other cases*. In essence, Plaintiffs argue that our February 27, 2004, ruling on the issue of *forum non conveniens* in their case was superseded by our July 16, 2007, ruling on the issue of *forum non conveniens* in the other cases. They submit that the July 16, 2007, ruling now stands as the controlling case and, thus, they should be permitted to proceed to trial in the United States.

Bridgestone responds that the Court has *already rejected* Plaintiffs' argument. It points out that not only was the availability of Mexico as an available alternate forum discussed in the parties' original moving papers, the issue of whether the July 16, 2007, ruling should control was briefed by the parties in their post-remand submissions and rejected by this Court in its January 30, 2009, Order on Remand, which expressly adopted and incorporated the February 27, 2004, ruling.

Bridgestone is correct. Based on the parties' filings in January 2009, this Court was fully cognizant of Plaintiffs' argument that the Court's July 16, 2007, ruling in the other cases should now control their case, but the Court did not accept that argument.

The Court's January 30, 2009, Order on Remand and corresponding judgment stand. Plaintiffs Motion for New Trial is DENIED.

IT IS SO ORDERED.

Date: __09/29/2009__                                    _Sarah Evans Barker_
                                                        SARAH EVANS BARKER, JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

Copies to:

Joseph Weinstein
SQUIRE, SANDERS, & DEMPSEY, LLP
4900 Key Tower, 127 Public Squeare
Cleveland, OH 44114

Colin Smith
HOLLAND & KNIGHT, LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603

Tomas G. Stayton
BAKER & DANIELS
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Mark J.R. Merkle
KRIEG DEVAULT, LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204

Steve Hastings
THE HASTINGS LAW FIRM
101 North Shoreline Boulevard, Suite 300
Corpus Christi, TX 78401

**Daniel P. Byron**
BINGHAM MCHALE LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis , IN 46204

**Knox D. Nunnally**
VINSON & ELKINS LLP
1001 Fannin
Suite 2500
Houston , TX 77002

**Thomas Christopher Trent**
JOHNSON SPALDING DOYLE WEST & TRENT
919 Milam Suite 1700
Houston , TX 77002

**Marcella Algarra**
BROCK & PERSON PC
1506 Bexar Crossing Ste 200
San Antonio, TX 78232

**Kyle Harold Dreyer**
HARTLINE DACUS DREYER AND KERN
6688 N. Central Expwy Ste 1000
Dallas, TX 75206

**Burgain G. Hayes**
DELGADO ACOSTA BRADEN JONES & HAYES
111 Congress Avenue Suite 455
Austin, TX 78701

**Manuel O. Narvaez**
326 S. Enterprise Pkwy
Corpus Christi, TX 78405

**Robert J. Patterson**
PATTERSON AND ASSOCITES
101 N. Shoreline Ste 210
Corpus Christi, TX 78401

**Ricardo R. Reyna**
1506 Bexar Crossing
San Antonio, TX 78232

**Joseph A. Rodriguez**
RODRIGUEZ COLVIN & CHANEY
P.O. Box 2155
Brownsville, TX 78522

**Donald Scott Thomas, JR**
CLARK THOMAS WINTERS & NEWTON
P.O. Box 1148
Austin, TX 78767