UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

IN RE BRIDGESTONE/FIRESTONE, INC          Master File No. IP-9374-C-B/S
TIRES PRODUCT LIABILITY LITIGATION       MDL No. 1373

THIS DOCUMENT APPLIES TO:

| | |
|---|---|
| JENNIFER GONZALEZ, ) | |
|        Plaintiff, ) | |
| vs. ) | 1:08-cv-5843 SEB-JMS |
| FORD MOTOR COMPANY, ) | |
|        Defendant. ) | |

**ORDER REGARDING  PARTIES' STIPULATION OF DISMISSAL**
(Individual Docket No. 19)

The Court cannot approve the parties' Stipulation of Dismissal (filed at Individual Docket No. 19)[1] as written.  It was filed by attorney, Charles Mindlin, who has not filed an appearance in this cause as required by paragraph 4 of the Court's December 12, 2008, Order Transferring Case to CM/ECF, and whose relationship to the parties is unknown to the Court.  And, it is signed by attorney Sergio V. Medina, who apparently represents Defendant Ford, but who also has failed to

---

[1]  All filings in this cause are required to be made in both the MDL Master Docket, Cause No. 00-9374, and in the Individual Docket, Cause No. 08-5843, but parties failed to file their Stipulation of Dismissal in the MDL Master Docket.  This has been an ongoing problem and the parties are admonished to comply with the MDL filing instructions, as they have been previously ordered to do.  Copies of the MDL filing instructions were provided to counsel of record with the court's December 12, 2008, Order Transferring Case to CM/ECF.

file an appearance in this cause. As neither attorney has properly appeared, the Stipulation of Dismissal does not contain the proper signatures of counsel required by Fed. R. Civ. P. 11 and Local Rule 5.11.

Moreover, by asking the Court to dismiss this case with prejudice, but retain jurisdiction to enforce the parties' Confidential Settlement Agreement, the parties would have the Court violate the limits of its jurisdiction. The parties should review Shapo v. Engle, 463 F.3d 641 (7th Cir. 2006) and related cases and re-file a document that does not ask the Court to exceed its jurisdiction.

The parties shall have additional time through and including January 29, 2010, to file appropriate documents to resolve this cause with the Clerk of the Court. If they fail to do so, this cause will be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Date: 01/14/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Donald A. Blackwell
SEIPP & FLICK LLP
dblackwell@seippflick.com

Randall R. Riggs
FROST BROWN TODD LLC
rriggs@fbtlaw.com

Robert J. Fenstersheib
ROBERT J. FENSTERSHEIB LAW OFFICES
520 West Hallandale Beach Blvd.
Hallandale, FL 33009