UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE:  BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 1373 Master File:  1:00-ml-09374-SEB-JMS |
| MARTIN EDGAR and NICHOLE JORDAN, _Plaintiffs_, | ) ) ) | |
| _vs._ | ) ) ) | _This document relates to:_ 1:07-cv-05836-SEB-JMS |
| FORD MOTOR COMPANY, _et al.,_ _Defendants._ | ) ) ) | |

## FINAL JUDGMENT

For the reasons set forth in the Court's ruling on Defendants' motions for summary judgment, also issued this day, the Court hereby enters **FINAL JUDGMENT** against Plaintiffs and in favor of Defendants, such that Plaintiffs shall take nothing by way of their Complaint.

So ordered.

Date:  02/04/2010

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Quincy T. Crochet
MCCRANIE SISTRUNK ANZELMO HARDY MAXWELL & MCDANIEL
qtc@mcsalaw.com

William J. Hamlin
HAMLIN, GRIFFIN & KOHNKE, LLC
wjhamlin@hg-e.com

Keith W. McDaniel
MCCRANIE SISTRUNK ANZELMO HARDY MAXWELL & MCDANIEL

kwm@mcsalaw.com

Mark J. R. Merkle
KRIEG DEVAULT LLP
mmerkle@kdlegal.com

Jeffrey J. Mortier
FROST BROWN TODD LLC
jmortier@fbtlaw.com

Pius Akamdi Obioha
LAW OFFICES OF PIUS A OBIOHA & ASSOCIATES, LLC
pakamdi@aol.com

Stacy R. Palowsky
HAMLIN, GRIFFIN & KOHNKE, LLC
spalowsky@hg-e.com

Randall R. Riggs
FROST BROWN TODD LLC
rriggs@fbtlaw.com

Lance B. Williams
MCCRANIE SISTRUNK ANZELMO HARDY MAXWELL & MCDANIEL
lbw@mcsalaw.com