UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE BRIDGESTONE/FIRESTONE, INC. TIRES PRODUCT LIABILITY LITIGATION | Master File No. IP-9374-C-B/S<br>MDL No. 1373<br>Hon. Sarah Evans Barker |
| GWENDOLYN SCOTT, and PAMELA PERRY, individually and as successors in interest to the Estate of MILTON PERRY, JR., Deceased, et al.,<br><br>Plaintiffs,<br>vs.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC., et al.,<br><br>Defendants. | Cause No.: 1:10-cv-5853 SEB-DML |

## JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES

1. This product liability action arises out of a fatal single vehicle rollover accident that occurred on April 25, 2009 on I-10 in an unincorporated area in Riverside County following a tire failure. The sole occupant was ejected and died at the scene.

2. The decedent's California heirs filed their Complaint on August 19, 2009 against the manufacturers of the vehicle, the seat belts in the vehicle, and the

tire that failed – all of which are citizens of, and/or reside in states other than California.

3. On or about September 30, 2009 the tire defendants, Bridgestone Americas Tire Operations, LLC and Bridgestone Retail Operations, LLC, removed this action to the United States District Court for the Central District of California.

4. Thereafter, based upon the allegations in the Complaint concerning the brand and model of the subject tire, the matter was noticed for transfer to the Firestone Multidistrict Litigation situated in the United States District Court for the District of Indianapolis and presided over by the Hon. Sara Evans Barker, known as MDL 1373. It remains there to date. See Exhibit "A" which is the Order of the Federal Judicial Panel on Multidistrict Litigation transferring this action to MDL 1373.

5. On or about March 3, 2010, the MDL District Court issued a Case Management Order[1] governing the timing of fact and expert discovery and dispositive motion filings through May 2011, at which point the case will either be tried in the MDL District Court or remanded to the United States District Court for the District of California for trial. Attached as Exhibit "B" is the Case Management Order which governs this matter in MDL 1373.

---

[1] Although this Order was titled "Amended Case Management Order," there have been no modifications to this order.

6. The parties have exchange written discovery and conducted the depositions of the investigating officers and certain percipient witnesses and emergency personnel. The depositions of two paramedics Robert Cluff and Darren Cupsky and the depositions plaintiffs have not been completed.

7. The parties stipulate and seek to continue the pre-trial deadlines in this matter for sixty (60) days for the following reasons.

8. The parties have sought to obtain photographs regarding the incident from the Riverside County Sherriff-Coroner's Office. Pursuant to California Code of Civil Procedure section 129, the Coroner's Office is not permitted to release photographs absent a court order. The Coroner's Office will not release the records absent an order from a California Court.

9. Therefore the parties are seeking an Order from the California court to obtain the photographs from the Coroner's Office. The hearing on the parties' stipulated motion is set for November 5, 2010. Upon receipt of those photographs, the parties will seek to depose the Riverside Coroner. It is anticipated that this deposition will occur after January 1, 2011.

10. Defendant Ford Motor Company is in the process of coordinating vehicle inspections with Plaintiffs. Due to the upcoming holiday season and availability of experts, it is apparent that some of the vehicle inspections will not occur until January 2011.

11. A sixty day of extension of current pre-trial dates will allow the parties additional time to complete necessary discovery that all parties require in order to evaluate this case either for alternative dispute resolution or for trial.

12. This is the first time that a request for the extension of the pre-trial deadlines have been requested in this matter.

13. A Proposed First Amended Case Management Order is being submitted concurrently with this Stipulation.

Dated this 12th day of Nov, ~~October~~, 2010.

By: _____
Brian D. Chase
Sarah Serpa
BISNAR CHASE
One Newport Place
1301 Dove Street, Suite 760
Newport Beach, CA 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

Attorneys for Plaintiffs GWENDOLYN SCOTT and PAMELA PERRY

By: _____

4

Darren M. Ballas
LARSON, GARRICK &
  LIGHTFOOT, LLP
633 West Fifth Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 404-4100
Facsimile: (213) 404-4123

Attorneys for Defendants BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, and BRIDGESTONE RETAIL OPERATIONS, LLC

454797.1 / 34-1114

By: *[signature]*
Ashley R. Fickel
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendant Ford Motor Company

By: *[signature]*
Jeffrey S. Renzi
Helen Yang
SQUIRE, SANDERS & DEMPSEY, LLP
555 South Flower Street, 31st Floor
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

Attorneys for Defendants TRW VEHICLE SAFETY SYSTEMS, INC. and TRW AUTOMOTIVE HOLDINGS CORP.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 South Figueroa Street, Thirty-Eighth Floor, Los Angeles, California 90017.

On November 15, 2010, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 15, 2010, at Los Angeles, California.

Deanna Castellanos

454797.1 / 34-1114

<u>SERVICE LIST</u>
GWENDOLYN SCOTT, et al. v. BRIDGESTONE AMERICA TIRE OPERATIONS, LLC.
U.S.D.C.-SOUTHERN DISTRICT OF INDIANA-INDIANAPOLIS DIVISIONS
CASE NO. 1:10-cv-5853 SEB DML

| | |
|---|---|
| Adam R. Fox (admitted pro hac vice)<br>Jeffrey S. Renzi (admitted pro hac vice)<br>Helen H. Yang (admitted pro hac vice)<br>SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>555 South Flower Street, Suite 3100<br>Los Angeles, CA 90071 | T: (213) 624-2500<br>F: (213) 623-4581 |
| Brian D. Chase, Esq.<br>Steven R. Meeks, Esq.<br>Bisnar I Chase<br>1301 Dove Street, Suite 120<br>Newport Beach, CA 92660 | |
| Mary P. Lightfoot, Esq.<br>Daren M. Ballas, Esq.<br>LARSON, GARICK & LIGHTFOOT, LLP<br>US Ban Tower<br>633 West Fifth Street, Suite 1750<br>Los Angeles, CA 90071 | T: (213) 404-4100<br>F: (213) 404-4123 |