UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE BRIDGESTONE/FIRESTONE, INC.     Master No. 1:00-ml-9374 SEB-DML
TIRES PRODUCT LIABILITY LITIGATION     MDL No. 1373

_____

THIS DOCUMENT APPLIES TO:

GWENDOLYN SCOTT, individually and as )
successor in interest to the Estate of Milton )
Perry, Jr., Deceased, et al., )
                                              )
                        Plaintiffs, )     Case No. 1:10-cv-5853 SEB-DML
                                              )
vs. )
                                              )
BRIDGESTONE AMERICAS TIRE )
OPERATIONS, LLC, et al., )
                                              )
                        Defendants. )

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for:  Plaintiff, Gwendolyn Scott, individually and as successor in interest to the Estate of Milton Perry, Jr., Deceased, et al.,

Date: February 1, 2011                     s/Sarah C. Serpa
                                                            *Signature*

                                                            Sarah C. Serpa     196127
                                                            *Printed*              *Atty. Bar No.*

                                                            BISNAR|CHASE
                                                            1301 Dove St., Suite 120
                                                            Newport Beach, CA 92660
                                                            *Address*

                                                            (949) 752-2999
                                                            *Phone Number*

                                                            (949) 752-2777
                                                            *Facsimile*

                                                            sserpa@bisnarchase.com
                                                            *e-mail address*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2011, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and/or mailed, by first class United States mail, postage prepaid, and properly addressed to the following:

The following persons will receive service of court orders and filings through CM-ECF:

- **Darren M. Ballas**
  LARSON GARRICK LIGHTFOOT LLP
  dballas@lgl-law.com
- **Adam R. Fox**
  afox@ssd.com
- **Arnold D. Larson**
  LARSON GARRICK & LIGHTFOOT, LLP
  alarson@lgl-law.com
- **Mary P. Lightfoot**
  LARSON GARRICK & LIGHTFOOT LLP
  mlightfoot@lgl-law.com,aneblina@lgl-law.com
- **Steven Ray Meeks**
  BISNAR CHASE LLP
  smeeks@bisnarchase.com
- **Mary Kaye Reeder**
  RILEY BENNETT & EGLOFF LLP
  mreeder@rbelaw.com
- **Jeffrey S Renzi**
  SQUIRE, SANDERS & DEMPSEY L.L.P.
  jrenzi@ssd.com,clopez@ssd.com
- **Kevin C. Schiferl**
  FROST BROWN TODD LLC
  kschiferl@fbtlaw.com, ,sking@fbtlaw.com
- **Steven D Smelser**
  YUKEVICH CALFO & CAVANAUGH
  ssmelser@yukelaw.com
- **Helen H. Yang**
  SQUIRE SANDERS & DEMPSEY LLP
  hyang@ssd.com
- **James J Yukevich**
  YUKEVICH CALFO & CAVANAUGH
  jyukevich@yukelaw.com

**Manual Notice List**

The following persons will NOT receive service of court orders and filings through CM-ECF:

**John Victor Bell**
BISNAR CHASE LLP
1301 Dove Street
Suite 120
Newport Beach, CA 92660

**Brian D Chase**
BISNAR CHASE LLP
1301 Dove St, Ste 760
Newport Beach, CA 92660

**Mark J Hilliard**
Yukevich Calfo and Cavanaugh
601 South Figueroa Street
Los Angeles, CA 90017

**Scott Ritsema**
BISNAR CHASE LLP
One Newport Place
1301 Dove St
Suite 120
Newport Beach, CA 92660

s/Sarah C. Serpa
Sarah C. Serpa
