UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: BRIDGESTONE/FIRESTONE, INC. TIRES PRODUCT LIABILITY LITIGATION | ) Master File No. 1:10-ml-9374 SEB-DML<br>) MDL NO. 1373 |
| THIS DOCUMENT APPLIES TO: | |
| GWENDOLYN SCOTT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 1:10-cv-05853-SEB-DML<br>)<br>)<br>)<br>) |

## Entry and Order from Discovery Conference

The parties, by counsel, appeared for a telephone discovery conference on February 14, 2011, with the magistrate judge. Having heard the arguments of counsel, the magistrate judge ruled on the record that TRW's request to inspect the subject vehicle was timely made. The parties are directed to confer in good faith regarding the scheduling of the inspection.

So ORDERED.

Date: 02/15/2011

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:[1]

Darren M. Ballas
LARSON GARRICK LIGHTFOOT LLP
dballas@lgl-law.com

Arnold D. Larson
LARSON GARRICK & LIGHTFOOT, LLP
alarson@lgl-law.com

Mary P. Lightfoot
LARSON GARRICK & LIGHTFOOT LLP
mlightfoot@lgl-law.com

Steven Ray Meeks
BISNAR CHASE LLP
smeeks@bisnarchase.com

Mary Kaye Reeder
RILEY BENNETT & EGLOFF LLP
mreeder@rbelaw.com

Jeffrey S Renzi
SQUIRE, SANDERS & DEMPSEY L.L.P.
jrenzi@ssd.com

Kevin C. Schiferl
FROST BROWN TODD LLC
kschiferl@fbtlaw.com

Sarah C Serpa
BISNAR CHASE
sserpa@bisnarchase.com

Steven D Smelser
YUKEVICH CALFO & CAVANAUGH
ssmelser@yukelaw.com

Helen H. Yang
SQUIRE SANDERS & DEMPSEY LLP
hyang@ssd.com

James J Yukevich
YUKEVICH CALFO & CAVANAUGH
jyukevich@yukelaw.com

---

[1] Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court. As of September 1, 2004, the failure to register for the court's electronic filing system constitutes a violation of Local Rule 5.7(b). It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email. Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf.