SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: BRIDGESTONE FIRESTONE, INC., § <br> TIRE PRODUCTS LIABILITY ACTION   § <br> § <br> This Document Relates to: § <br> § <br> PATRICIA MORALES CRUZ, et al. § <br> v. § <br> BRIDGESTONE FIRESTONE, INC., et al. § <br> § <br> GERMAN HERNANDEZ GARCIA, et al. § <br> v. § <br> BRIDGESTONE FIRESTONE, INC., et al. § | Master File No. IP 00-9374-C-B/S <br> MDL No. 1373 <br> <br> <br> <br> <br> Case No. 1:04-cv-5804-SEB-DML <br> <br> <br> <br> Case No. 1:04-cv-5819-SEB-DML |

### DEFENDANTS' NOTICE OF RIPENESS OF MOTION TO DISMISS BASED ON *FORUM NON CONVENIENS*

Defendants Ford Motor Company and Bridgestone Americas Tire Operations, LLC (formerly known as Bridgestone Firestone North American Tire, LLC) advise the Court that defendants' Motion To Dismiss Based on *Forum Non Conveniens* in both the above matters has been fully briefed and is ready for adjudication. Pursuant to *the Order Requiring Notice of Certain Pending Motions and Establishing Briefing Schedules* dated August 20, 2001, listed below are the title and date filed of all filings related to the pending motions:

1. MOTION TO DISMISS *FNC  (No. 5804 Item 7 filed 1-19-05/No. 5819 Item 15 filed 8/11/05)*, filed by Defendants BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, FIRESTONE INC, FORD MOTOR COMPANY, FIRESTONE INC, FORD MOTOR COMPANY.

2. RESPONSE *Supplemental Memorandum in Support of Motion to Dismiss FNC (No. 5804 Item 7 filed 1-19-05/No. 5819 Item 15 filed 8/11/05)*, filed by Defendants BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, FIRESTONE INC, FORD MOTOR COMPANY, FIRESTONE INC, FORD MOTOR COMPANY. Associated Cases: 1:00-ml-09374-SEB-DML, 1:04-cv-05804-SEB-DML, 1:04-cv-05819-SEB-DML(Crosnoe, Wade) (Entered: 06/22/2010)

3. RESPONSE *Second Supplemental Memorandum and Newly-Discovered Evidence in Support of Motion to Dismiss Based on Forum Non Conveniens*, filed by Defendants BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, FORD MOTOR COMPANY, BRIDGESTONE AMERICAS TIRE OPERATIONS LLC, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, FORD MOTOR COMPANY, FIRESTONE INC, FORD MOTOR COMPANY. (Attachments: # <u>1</u> Exhibit 1 - Translation Baez Flores Xalapa Veracruz Case, # <u>2</u> Exhibit 2 - Translation Ramirez Oaxaca Pleadings)Associated Cases: 1:00-ml-09374-SEB-DML, 1:04-cv-05804-SEB-DML, 1:04-cv-05819-SEB-DML(Crosnoe, Wade) (Entered: 03/14/2011)

Respectfully submitted,

/s/ Mark J. R. Merkle
Mark J. R. Merkle

| | |
|---|---|
| **FROST BROWN TODD LLC** | **KRIEG DEVAULT LLP** |
| Kevin Schiferl | Mark J. R. Merkle |
| Nelson Alexander | One Indiana Square, Suite 2800 |
| 201 North Illinois Street, Suite 1000 | Indianapolis, Indiana 46204 |
| Post Office Box 44961 | Telephone: (317) 238-6219 |
| Indianapolis, Indiana 46244 | Facsimile: (317) 636-1507 |
| Telephone: (317) 237-3819 | |
| Facsimile: (317) 237-3900 | |
| | **VINSON & ELKINS, L.L.P.** |
| | Knox D. Nunnally |
| | Phillip B. Dye, Jr. |
| | First City Tower |
| | 1001 Fannin Street, Suite 2500 |
| | Houston, Texas 77002 |
| | Telephone: (713) 758-2048 |
| | Facsimile: (713) 615-5766 |
| **THOMPSON COE COUSINS & IRONS, L.L.P.** | **HOLLAND & KNIGHT LLP** |
| Michael W. Eady | Colin Smith |
| Wade Crosnoe | 131 South Dearborn Street, Suite 3000 |
| 701 Brazos Street, Suite 1500 | Chicago, Illinois 60603 |
| Austin, Texas 78701 | Telephone: (312) 263-3600 |
| Telephone: (512) 703-5084 | Facsimile: (312) 578-6666 |
| Facsimile: (512) 708-8777 | |
| *Attorneys for Defendant Ford Motor Company* | *Attorneys for Defendant Bridgestone Americas Tire Operations, LLC* |

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was filed electronically on March 15, 2011, and that notice of this filing was sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a paper copy of this document was served on plaintiffs' counsel by certified mail, return receipt requested, at the following address:

  Robert Schell
Law Office of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
*Counsel for Plaintiffs*

                                         /s/ Mark J. R. Merkle
                                         Mark J. R. Merkle