UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: BRIDGESTONE FIRESTONE, INC., TIRE PRODUCTS LIABILITY ACTION | ) ) ) |
| This Document Relates to: | ) ) |
| PATRICIA MORALES CRUZ, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: 1:04-cv-5804-SEB-DML ) |
| BRIDGESTONE FIRESTONE, INC., ET AL, | ) ) |
| ------------------------------------------------- | ) ) |
| GERMAN HERNANDEZ GARCIA, et al., | ) ) Case No: 1-04-cv-5819-SEB-DML |
| v. | ) ) |
| BRIDGESTONE FIRESTONE, INC., et al., | ) ) |
| Defendants. | ) |

## Judgment

The Court, having issued its Order Dismissing Actions, it is now adjudged that the above-captioned actions are DISMISSED.

So ORDERED.

Date: ___03/31/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kevin Schiferl
Nelson Alexander
**FROST BROWN TODD LLC**
201 North Illinois Street, Suite 1000
Post Office Box 44961
Indianapolis, Indiana 46244

Michael W. Eady
Wade Crosnoe
**THOMPSON COE COUSINS & IRONS, L.L.P.**
701 Brazos Street, Suite 1500
Austin, Texas 78701

Leon Fresco, leon.fresco@hklaw.com
Colin Smith
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, Suite 3000
Chicago, Illinois 60603

Mark J. R. Merkle
**KRIEG DEVAULT LLP**
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204

Knox D. Nunnally
Phillip B. Dye, Jr.
**VINSON & ELKINS, L.L.P.**
First City Tower
1001 Fannin Street, Suite 2500 Houston, Texas 77002

Robert Schell
**Law Office of Mark A. Cantu**
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Randall Riggs
**Locke Reynolds LLP**
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, Indiana 46244

Danielle H. Shields
**Thompson Coe Cousins & Irons**
One Riverway, Suite 1600
Houston, Texas 77056